# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MARLENE REDMOND, INDIVIDUALLY, <br><br> Appellant, <br><br> vs. <br> DIGNITY HEALTH, D/B/A ST. ROSE DOMINICAN HEALTH-SAN MARTIN CAMPUS; AND HERMINIA DIOKNO, INDIVIDUALLY, <br><br> Respondents. | No. 76373 |
| MARLENE REDMOND, <br><br> Appellant, <br><br> vs. <br> DIGNITY HEALTH, D/B/A ST. ROSE DOMINICAN HEALTH-SAN MARTIN CAMPUS; AND HERMINIA DIOKNO, <br><br> Respondents. | No. 76375 ✓ <br><br> **FILED** <br><br> JUL 30 2018 <br> ELIZABETH A. BROWN <br> CLERK OF SUPREME COURT <br> BY _____ <br> DEPUTY CLERK |

## *ORDER DISMISSING APPEALS*

These are pro se appeals from an order denying appellant's motion to relate back to original complaint and conform to the evidence and from an order denying appellant's motion for an evidentiary hearing. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals jurisdictional defects. Specifically, it appears that the judgment or orders designated in the notices of appeal are not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order denying a motion to relate back to original complaint and conform to the evidence, or from an order denying a motion for an evidentiary hearing.

18-29077

Further, in regard to the order designated in Docket No. 76375, the notice of appeal is untimely filed under NRAP 4(a) because it appears that it was filed before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987) (explaining that the district court's oral pronouncement from the bench, the clerk's minute order, and even an unfiled written order cannot be appealed). We lack jurisdiction and we

ORDER these appeals DISMISSED.

_____, J.
Cherry

_____ J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Douglas Smith, District Judge
Marlene Redmond
Alverson Taylor Mortensen & Sanders
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A